FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 MAY 16  AM 10: 21

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) **1  17-cr- 0087 TWP -MJD** |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| ERIN J. FINAN, and | ) -01 |
| LEAH J. FINAN | ) -02 |
| | ) |
| Defendants. | ) |

## INFORMATION

The United States Attorney charges that:

### General Allegations

At times material to this Information:

#### *Background*

1.     The Defendants, ERIN J. FINAN and LEAH J. FINAN, husband and wife, were residents of various cities and towns located within and outside the Southern District of Indiana.

2.     Amazon.com, Inc. ("Amazon") is an internet-based retailer headquartered in Seattle, Washington that offers numerous products for sale and delivery via its website and supply chain.   Customers can order products on Amazon's website and expect delivery within a short period of time.   In general, Amazon fulfills customer orders by retrieving the ordered item from an Amazon warehouse facility; shipping the item to the customer's general vicinity using a common carrier, such as UPS, FedEx, or the U.S. Postal Service; and delivering the item via another third-party carrier to the customer's address or pick-up location.

## COUNT 1
### 18 U.S.C. § 1341
### (Mail Fraud)

3.      Paragraphs 1 through 2 are incorporated into Count 1 as though set forth fully

herein.

4.      Beginning in or before October 2014, the exact date being unknown, and

continuing until on or around February 2, 2017, within the Southern District of Indiana and

elsewhere, the Defendants,

### ERIN J. FINAN, and
### LEAH J. FINAN,

did knowingly and with intent to defraud, devise a scheme and artifice to defraud Amazon, and

to obtain money and property from Amazon by means of materially false and fraudulent

pretenses, representations, and promises, knowing that such pretenses, representations, and

promises were false and fraudulent when made, with said money and property being over 2,100

consumer electronics items with a retail value totaling at least $1.2 million, which ERIN J.

FINAN and LEAH J. FINAN sold to Individual A and others.

5.      Specifically, on or about September 13, 2016, in with Southern District of

Indiana, the Defendants, ERIN J. FINAN and LEAH J. FINAN, for the purpose of executing the

aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly cause to be

shipped in interstate commerce by UPS, a common commercial carrier, the following matter: a

parcel weighing 1 pound and containing a Samsung Gear Fit2 smartwatch, shipped from

Amazon Fulfillment Services located at 172 Trade Street, Lexington, Kentucky 40511, to a UPS

Store located at 9702 East Washington Street, Suite 400, Indianapolis, Indiana 46229.

All of which is in violation of Title 18, United States Code, Section 1341.

2

## COUNT 2
## 18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i)
## Money Laundering

6.      Paragraphs 1 through 5 are incorporated into Count 2 as though set forth fully

herein.

7.      On or about June 1, 2016, within the Southern District of Indiana and elsewhere,

the Defendants,

### ERIN J. FINAN, and
### LEAH J. FINAN,

did knowingly conduct a financial transaction affecting interstate commerce – that is, the debit

card purchase of $1,380 in Amazon gift cards from Kroger, Store #862, 11101 Pendleton Pike,

Indianapolis, Indiana, using funds from a bank account that the FINANs controlled (account

number xxx5027), which were wired into that account from a bank account that Individual A

controlled, and which were the proceeds of a specified unlawful activity, that is, Mail Fraud, in

violation of Title 18, United States Code, Section 1341 – with the intent to promote the carrying

on of the specified unlawful activity and knowing that the transaction was designed, in whole or

in part, to conceal and disguise the nature, location, source, ownership and control of the

proceeds of specified unlawful activity.

All of which is in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and

1956(a)(1)(B)(i).

3

## **FORFEITURE**

8.      The allegations contained in this Information are hereby re-alleged and

incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United

States Code, Sections 981(a)(1)(A), (C), (D), 982(a) and (b)(1), 1956(c)(7), and 1961(1)(B), and

pursuant to Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

9.      Pursuant to Title 18, United States Code, Sections 981(a)(1) and 982(a), if

convicted of the offenses set forth in Counts 1 through 2 of this Information,

**ERIN J. FINAN, and**
**LEAH J. FINAN,**

the Defendants herein, shall forfeit to the United States of America:

a.      any property, real or personal, that constitutes or is derived, directly or

indirectly, from gross proceeds traceable to the offenses; or

b.      a sum of money equal to the total amount of the proceeds of the offenses.

10.     The property subject to forfeiture includes, but is not necessarily limited to a 2007

White GMC Yukon Denali, VIN: 1GKFK16337J208197.

11.     If any of the property described above, as a result of any act or omission of the

Defendants:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty,

4

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).


JOSH J. MINKLER
United States Attorney

STATE OF INDIANA      )
                      )      SS:
COUNTY OF MARION      )

Nicholas J. Linder, being first duly sworn, upon his oath deposes and says that he is an

Assistant United States Attorney in and for the Southern District of Indiana, that he makes this

affidavit for and on behalf of the United States of America and that the allegations in the foregoing

Information are true as he is informed and verily believes.

Nicholas J. Linder
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 15th day of May, 2017.

CHRISTINA M. WEAVER
Marion County
My Commission Expires
March 6, 2022

Christina M. Weaver
Notary Public

My Commission Expires:

3-6-22

My County of Residence:

Marion

6